### STOCKING v. LAAS. (No. 5928.)

(Court of Civil Appeals of Texas. San Antonio. Dec. 5, 1917.)

APPEAL AND ERROR ⟨Key⟩773(2) — FAILURE TO FILE BRIEFS—DISMISSAL.

Appellant failing to file brief, and appellee's brief not complying with Courts of Civil Appeals rule 42 (142 S. W. xiv), there must be a dismissal of appeal, instead of affirmance.

Appeal from Bee County Court; Chas. Troy, Judge.

Action between A. L. Stocking and C. F. Laas. From the judgment, Stocking appeals. Appeal dismissed.

L. D. Stroud and Beaseley & Beaseley, all of Beeville, for appellee.

FLY, C. J. The appellant has not filed briefs in this court, and appellee has filed a brief which is not in compliance with rule 42 for the government of Courts of Civil Appeals (142 S. W. xiv), and the judgment cannot be affirmed, but the appeal will be dismissed. To have entitled appellee to an affirmance of the judgment the case should have been briefed by appellee as provided in the rule cited. Suderman v. Dolson, 122 S. W. 401, and authorities therein cited; Southwestern Oil & Gas Co. v. Denny, 187 S. W. 973.

The appeal is dismissed.

---

ARISPE et al. v. CLARK et al. (No. 5927.)

(Court of Civil Appeals of Texas. San Antonio. Dec. 5, 1917.)

APPEAL AND ERROR ⟨Key⟩773(2) — FAILURE TO FILE BRIEFS—DISMISSAL.

Appellant failing to file brief, and appellee's brief not complying with Courts of Civil Appeals rule 42 (142 S. W. xiv) there must be a dismissal of appeal, instead of an affirmance.

Appeal from District Court, Jim Wells County; V. W. Taylor, Judge.

Action between Celso Arispe and others and Forrest Clark and others. From the judgment, Arispe and others appeal. Appeal dismissed.

T. Wesley Hook, of Kingsville, and L. Broeter, of Alice, for appellants. Dougherty & Dougherty, of Beeville, and W. R. Perkins, of Alice, for appellees.

MOURSUND, J. The appellants have not filed briefs in this court, and appellees have filed a brief which is not in compliance with rule 42 for the Courts of Civil Appeals (142 S. W. xiv). The judgment cannot be affirmed, but the appeal will be dismissed. In order for the appellees to have been entitled to an affirmance of the judgment, the case should have been briefed by them as provided in the rule cited. Suderman & Dolson v. Carson, 122 S. W. 401; Bowman v. Hoffman, 28 Tex. Civ. App. 311, 67 S. W. 152; American Warehouse Co. v. Hamblen, 146 S. W. 1006; S. W. Oil & Gas Co. v. Denny, 187 S. W. 973; Stocking v. Laas, 199 S. W. 500, this day decided by this court.

Appeal dismissed for want of prosecution.